Entered on Docket July 14, 2023

**Below is the Order of the Court.**



**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

In re:

ANTHONY MICHAEL MEZIAS,

                Debtor.

**Case No. 23-40925-MJH**

**ORDER ON SHOW CAUSE DETERMINING DEBTOR INELIGIBLE FOR DISCHARGE**

This matter came before the Court on the Court's Order to Show Cause for Eligibility for Discharge. The Court having reviewed the file, considered responses received, and heard the arguments presented at the hearing (if any), and having found that the Debtor(s) received a discharge in a prior case within the time period specified under 11 U.S.C. § 727(a)(8), § 1328(f)(1), or § 1328(f)(2); accordingly, it is hereby

**ORDERED** that the Debtor is ineligible to receive a discharge.

///End of Order///

ORDER ON SHOW CAUSE DETERMINING DEBTOR INELIGIBLE FOR DISCHARGE - 1